```
                  UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF FLORIDA
                       PANAMA CITY DIVISION
```

IN RE:                                    CASE NO. 09-50013-PCY5
                                          CHAPTER 13
WILLIAM A. SELLERS
MARCIA L. SELLERS

          Debtor(s)          /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## <u>OF UNCLAIMED FUNDS</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: TAYLOR, BEAN & WHITAKER which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 385157 in the amount of 65.02 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| WILLIAM A. SELLERS<br>MARCIA L. SELLERS<br>1612 HOLLIDAY ROAD<br>BONIFAY, FL 32425 | TAYLOR, BEAN & WHITAKER<br>1417 NORTH MAGNOLIA AVE.<br>OCALA, FL 34475-9078 |

AND

QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

1/29/2010 11:39 am / CR_213